UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Leamon Hood Jr.**
750 Knox Springs Rd.
Austell, GA 30168

**xxx−xx−0418**

Case No.: **25−50021−pmb**
Chapter: **7**
Judge: **Paul Baisier**

**ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION,
DISCHARGING TRUSTEE AND CLOSING ESTATE**

It appearing to the Court that

**Tamara Miles Ogier**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_Paul Baisier_
Paul Baisier
United States Bankruptcy Judge

Dated: September 24, 2025
Form 184

United States Bankruptcy Court

Northern District of Georgia

In re:     Case No. 25-50021-pmb

Leamon Hood, Jr.     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2025 | Form ID: 184 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leamon Hood, Jr., 750 Knox Springs Rd., Austell, GA 30168-6314 |
| 25081101 | + | Current/Cross River, 217 CENTRE ST STE 180, NEW YORK, NY 10013-3624 |
| 25081108 | | Flexcar, 63 Peachtree Center Ave NE, Atlanta, GA 30303 |
| 25081118 | + | RESIDENTIAL HOME BUYER ATLANTA, LLC, PO Box 451027, Atlanta, GA 31145-9027 |
| 25081121 | + | STILT INC, 123 10TH ST, SAN FRANCISCO, CA 94103-2604 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25081092 | | Email/Text: bknotices@autoacceptance.com | Sep 24 2025 20:27:00 | AUTOMOBILE ACCEPTANC, PO BOX 961926, RIVERDALE, GA 30296-6914 |
| 25081093 | ^ | MEBN | Sep 24 2025 20:24:56 | AVA FINANCE, 548 MARKET ST STE 511672, SAN FRANCISCO, CA 94104-5401 |
| 25081119 | | Email/Text: fwdbctl@spotloan.com | Sep 24 2025 20:25:34 | SpotLoan, PO Box 720, Belcourt, ND 58316 |
| 25081094 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 24 2025 20:26:54 | CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 25081095 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 24 2025 20:46:58 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 25081096 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2025 20:26:00 | CB/ JARED, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 25081097 | | Email/Text: BKPT@cfna.com | Sep 24 2025 20:25:00 | CRDT FIRST, 6275 EASTLAND ROAD BRK, PARK, OH 44142-1399 |
| 25081098 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 24 2025 20:27:00 | CREDIT COLLECTION SERVICES, PO BOX 607, NORWOOD, MA 02062-0607 |
| 25081099 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 24 2025 20:32:29 | CREDITONEBNK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 25081100 | + | Email/Text: bankruptcynotices@current.com | Sep 24 2025 20:26:00 | CURRENT, 217 CENTRE ST, NEW YORK, NY 10013-3624 |
| 25081102 | + | Email/Text: mrdiscen@discover.com | Sep 24 2025 20:25:00 | DISCOVERBANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 25081105 | | Email/Text: disputes@soaren-management.com | Sep 24 2025 20:26:00 | Fineday Funds, P. O. Box 457, Keshena, WI 54135 |
| 25081103 | | Email/Text: operations@empower.me | Sep 24 2025 20:26:00 | EMPOWER, 9169 W STATE ST #499 GDN, CITY, ID 83714 |
| 25081116 | | Email/Text: rentsupport@esusu.org | Sep 24 2025 20:25:00 | PROGRESSRES, 200 BROADWAY, NEW YORK, NY 10038 |
| 25081104 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

| District/off: 113E-9 | User: bncadmin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2025 | Form ID: 184 | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 24 2025 20:27:00 | FEB DESTINY, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 25081109 | | Email/Text: BNSFN@capitalsvcs.com | Sep 24 2025 20:25:00 | FNCC, 500 E 60TH ST N, SIOUX FALLS, SD 57104 |
| 25081106 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 24 2025 20:32:42 | FIRST PREMIER, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 25081107 | | Email/Text: BNSFS@capitalsvcs.com | Sep 24 2025 20:25:00 | FIRST SVG CC, 500 E 60TH ST N, SIOUX FALLS, SD 57104 |
| 25081110 | | Email/Text: BNBLAZE@capitalsvcs.com | Sep 24 2025 20:25:00 | FSB BLAZE, 500 E 60TH ST, SIOUX FALLS, SD 57104 |
| 25081111 | | Email/Text: brnotices@dor.ga.gov | Sep 24 2025 20:26:00 | Georgia Department of Revenue, 1800 Century Blvd NE Suite 910, Atlanta, GA 30345 |
| 25081112 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 24 2025 20:26:00 | IRS, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25081113 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 24 2025 20:32:42 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 25081114 | + | Email/Text: bankruptcy@kikoff.com | Sep 24 2025 20:25:00 | KIKOFF, 75 BROADWAY, SAN FRANCISCO, CA 94111-1423 |
| 25081115 | + | Email/Text: Documentfiling@lciinc.com | Sep 24 2025 20:25:00 | LENDCLUB BNK, 595 MARKET ST, SAN FRANCISCO, CA 94105-2802 |
| 25081117 | | Email/Text: bankruptcy@republicfinance.com | Sep 24 2025 20:27:00 | REPUBLIC FINANCE, IN, 7031 COMMERCE CIR STE 100, BATON ROUGE, LA 70809-1996 |
| 25081120 | | Email/Text: bankruptcy@springoakscapital.com | Sep 24 2025 20:25:00 | SPRING OAKS CAPITAL LLC, PO BOX 1216, CHESAPEAKE, VA 23327 |
| 25081122 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2025 20:32:42 | SYNCB/CARECR, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 25081123 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2025 20:32:25 | SYNCB/LUXURY, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 25081124 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2025 20:32:41 | SYNCB/PPC, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 25081125 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2025 20:33:24 | SYNCBPAYPALSMARTCONN, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 25081126 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 24 2025 20:27:00 | TBOM/MILSTNE, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 25081127 | | Email/Text: jcissell@bankofmissouri.com | Sep 24 2025 20:26:00 | THE BANK OF MISSOURI, PO BOX 400, DIXON, MO 65459-0400 |
| 25081128 | + | Email/Text: bankruptcy@greenskycredit.com | Sep 24 2025 20:26:00 | TRUIST/GS, 5565 GLENRIDGE, CONNECTOR ATLANTA, GA 30342-1335 |
| 25081129 | | Email/Text: bankruptcies@uplift.com | Sep 24 2025 20:25:00 | UPLIFT, INC., 440 N WOLFE RD, SUNNYVALE, CA 94085 |
| 25081130 | + | Email/Text: LCI@upstart.com | Sep 24 2025 20:26:00 | UPSTA/FINWSE, 2 CIRCLE STAR WAY, SAN CARLOS, CA 94070-6200 |
| 25081735 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Sep 24 2025 20:26:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25081131 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 24 2025 20:32:34 | WELLSFARGO, PO BOX 71092, CHARLOTTE, NC 28272-1092 |
| 25081132 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 25 2025 00:58:29 | WFBNA CARD, PO BOX 393, MINNEAPOLIS, MN 55480-0393 |

TOTAL: 38

District/off: 113E-9 | User: bncadmin | Page 3 of 3
Date Rcvd: Sep 24, 2025 | Form ID: 184 | Total Noticed: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Karen King | on behalf of Debtor Leamon Hood Jr. myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com |
| Matthew Franklin Totten | on behalf of Creditor Residential Home Buyer Atlanta LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Tamara Miles Ogier | tmo@orratl.com jc@orratl.com;tmo@trustesolutions.net |

TOTAL: 4